THE STATE EX REL. SCOTT, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO,
APPELLEE.

[Cite as *State ex rel. Scott v. Indus. Comm.*, 98 Ohio St.3d 286, 2003-Ohio-
371.]

*Workers' compensation — Court of appeals' judgment affirmed.*

(No. 2002-0899 — Submitted January 7, 2003 — Decided February 12, 2003.)

APPEAL from the Court of Appeals for Franklin County, No. 01AP-822, 2002-
Ohio-2240.

_____

{¶1} The judgment of the court of appeals is affirmed consistent with
the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, COOK, LUNDBERG STRATTON and
O'CONNOR, JJ., concur.

F.E. SWEENEY, J., dissents.

_____

Law Office of Thomas Tootle Co., L.P.A., and Thomas Tootle, for
appellant.

Jim Petro, Attorney General, and Thomas L. Reitz, Assistant Attorney
General, for appellee.

_____